Dean T. Kirby, Jr. (SBN 090114)
Kimberley V. Deede (SBN 280841)
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Proposed Plaintiff in Intervention
Leonard J. Ackerman, Trustee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM TAHAMTAN<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC., a Delaware corporation doing business in California as US FOODSERVICE, INC.<br><br>Defendant.<br><br>LEONARD J. ACKERMAN, TRUSTEE<br><br>Plaintiff in Intervention,<br><br>v.<br><br>US FOODS, INC., a Delaware corporation doing business in California as US FOODSERVICE, INC.,<br><br>Defendant | Case No.   3:12-CV-02751 JLS (JMA)<br><br>JOINT MOTION FOR DISMISSAL<br><br>COMPLAINT:   October 16, 2012 |

1

JOINT MOTION FOR DISMISSAL

A written settlement agreement having been executed, each of parties through their undersigned counsel, constituting all parties to this action, jointly move that this action (including both the Complaint and the Complaint in Intervention) be dismissed with prejudice as to all parties and all claims for relief, with each party to bear its own costs and attorney fees in connection with this action.

DATE: September 2, 2014         KIRBY & McGUINN, A P.C.


By: /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Plaintiff in Intervention
Leonard J. Ackerman, Trustee

DATE: September 2, 2014         POPE, BERGER & WILLIAMS LLP


By: /s/ Harvey C. Berger
Harvey C. Berger
Attorneys for Plaintiff
Sam Tahamtan

DATE: September 2, 2014         SEYFARTH SHAW LLP


By: 
Candace T. Zee
Kristen Agnew
Attorneys for Defendant
US Foods, Inc.